**U.S. Department of Justice**
**United States Marshals Service**

**Detainer**
Printed on: 03/19/2025 10:38 EDT
Page 1 of 1

# DETAINER
## AGAINST UNSENTENCED PRISONER
## BASED ON FEDERAL ARREST WARRANT

United States Marshal
**EASTERN WISCONSIN**
*(District)*
125 S Jefferson St, Green Bay, WI 54301, US
(920) 884-8256
*(Return Address and Phone)*

**TO** BCJ
**Brown County Sheriff's Office**
2684 Development Dr
Green Bay, WI 54311, US

| | |
|---|---|
| Date: | 03/19/2025 |
| Subject: | HERNANDEZ-PINEDA, JOSE ANGEL |
| AKA: | |
| DOB/SSN: | ████82 |
| Local #: | |
| FID/USMS #: | 11780784 |
| CR #: | 1:2025-MJ-00602 |

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the **EASTERN DISTRICT OF WISCONSIN** has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s):

| | |
|---|---|
| Cocaine - Sell | PWID Cocaine Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| Possession Of Weapon | |

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and fax or email one copy to this office to (920) 884-1059.
*(Fax No. or Email)*

**RECEIPT**

| | |
|---|---|
| Date/Time: | 03/19/25 9:50 am |
| Signed: | [signature] |
| By: | Matthew West |
| Title: | Intake Corporal |

**U.S Marshal**
Anna Ruzinski

**Requested By** | **Date/Time**
WENDLANDT, KYLE | 03/19/2025 at 09:36 CDT

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority
UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE
Printed By District F WI