UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 25-CR-064

JOSE ANGEL HERNANDEZ-PINEDA,

    Defendant.

## GOVERNMENT'S RESPONSE TO
## MOTION TO SUPPRESS AND FOR AN EVIDENTIARY HEARING

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Timothy W. Funnell, Assistant United States Attorney, opposes the defendant's motion for suppression, but as stated during the status conference, agrees that an evidentiary hearing is needed, which is scheduled for June 10, 2025. At the conclusion of the evidentiary hearing, the government anticipates asking the Court for a briefing schedule to file a memorandum on the merits opposing suppression.

Respectfully submitted on June 4, 2025,

                                        <u>/s Timothy W. Funnell</u>
                                        TIMOTHY W. FUNNELL
                                        Assistant U.S. Attorney
                                        WI Bar No. 1022716
                                        United States Attorney's Office
                                        Eastern District of Wisconsin
                                        Green Bay Division
                                        205 Doty Street, Suite 301
                                        Green Bay, WI 54301
                                        Tim.Funnell@usdoj.gov